**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NIRAM, INC.,

                Plaintiff,

-against-                          21 **CIVIL** 5966 (MKV)

**JUDGMENT**

STERLING NATIONAL BANK,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 29, 2023, Sterling's Motion for Summary Judgment is GRANTED and Niram's Motion for Partial Summary Judgment is DENIED. Sterling's letter motion requesting oral argument in connection with the Motions for summary judgment [ECF No. 52] is DENIED as moot. Sterling's letter motion to file under seal certain limited exhibits in connection with Niram's Motion for Partial Summary Judgment [ECF No. 55] is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      September 29, 2023

                                                        **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                           **BY:**      *K. Mango*

                                                            **Deputy Clerk**